**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-00387-D**

| | | |
|---|---|---|
| NATIONAL VAN LINES, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| NATIONAL VAN LINES GROUP, | ) | |
| JOHN DOE COMPANIES 1-3, | ) | |
| JOHN DOES 1-5 | ) | |

This matter comes before the Court on the Agreed Motion to Transfer Venue [Doc. No. 14], due notice having been given, the Court being fully advised in the premises, and good cause for the relief requested having been shown, IT IS HEREBY ORDERED:

1.   The Agreed Motion to Transfer Venue is GRANTED;

2.   This case is transferred to the United States District Court for the Northern District of Illinois.

So ordered this 18 day of January, 2022.

James C. Dever III
United States District Judge